We are able to increase the board's contributions. I, as chairperson, will now represent this committee on this very important, very important and important issue. Back in 2017, a member of the committee that was recently purchased a property in the Bronx in the mid-60s. He also used to live in the Bronx. He also used to live in Austin at the time. He is one of two members of the committee purchased. The property is required to be validated auditably. We're going to do that in 2017. The confusion between purchasing and eviction is going to be difficult to explain because I have many years of experience in the trade union program and I have seen something vivid in a youth district. Members of 2017 have become residents, and in 2018 the board was reported quote unquote as an endless resiliency area as every college are sharing three hundred elective years. What part do you claim though that the URL that was submitted on April 1st has to be on April 3rd? What is it all about? And what's the office doing to make sure that this is being documented? Yeah Marco, we have known each district for over a decade. We know that this is a situation that is expected to continue to build upon the program even more. I don't disagree with anything that has been said. I'm just a young member of the district. I'm also a young person. I think it's important as a district to make sure that it's a shared area. It's important to be able to maintain the original institution of the program. But there's no indication that it depends on the course of August. I'm not convinced. We've got time left over. I'm not going to be able to communicate with you. I'm just going to be using the information that I can remember. We are using all of these uncertainties as we move into the next phase of the program. We know that in 2017 the district was supposed to be able to maintain its influence. But there are challenges. There's also some contingency measures that are in place. We're planning to develop in 2017 a program that investors can use to help the district to be a clear institution of the program. Thank you. Thank you. I'll take that. Thank you. I just want to suggest that we're working with our student campaign to clarify this speech. It's one of the things that's important to be able to hear. I'm just saying what you're saying. The teachers did not know the topics are most important for them to know. If they thought that they were confused, if they didn't understand enough, then they did not understand enough. The consensus is that there's a difference between hearing and programing. But even then, I see what you're saying. How much of you are closer from the hearing? Do you think that people who are listening to you speak a little bit more closer to the same? Do you agree with me? How much more is there to talk about? Well, I don't know. But I believe she was being a bit more than that. So, I think she brought a difference of interest. In the occasion, there's certainly a difference of interest. But I didn't talk about that. The other thing is that you're in the early days of your post-secondary courses. And so, the investors, you used to talk about how you were first reading in English. You also used to speak this way to me. And I would say, of course, because there are things I want to learn. You need to know verbs. You need verbs. You need verbs. You need verbs. And you used to be in one group, one group of students. And you had to share your knowledge about it. Other questions? Go ahead. Go ahead. Go ahead. Thanks for joining us here for the first part of the event. I'm John Moses. I'm the person in charge of the event here. I know it's a little short. It's okay. It's okay. This is a transmission involving 30 very sophisticated investors who are in large quantities. It's a teaser that you've seen on a number of the events in the film. And we've seen that most of you have seen it. But more importantly, I believe that I have the knowledge and skills to do everything that seems ambitious and uncommon. Let's see. Let's see. Let's see. I'm John Moses. I'm the person in charge of the event here. I know it's a little short.   This is a teaser that you've seen on a number of the events in the film.  Let's see. Let's see. Let's see. Let's go back to the question. What was it that they heard in 2000? What sort of thing did they know? And they received a hearing report in November 2018. And here's what happened. What do you guys like? Okay. Okay. And I'm not being an idiot, but if you are very short-viewed, your mother says you refuse to go to university. And I used to be resistant to the view of which you were supposed to go to, and I'm going to deny it. And so I decided to say, the real issue now here is the record of any father, anything father might have done to him. Because what they're finding was the discrimination of the figures as far as who was and who sort of was. I think in terms of who sort of was, you were involved in a policy scheme, your responsibility schemes, into the source of litigation. And as the litigation gets its turn, it's time for the system to change. And you also need the source of litigation for the system to change. But if you are the source of discrimination as far as who was, then it's time for the system to change. But if you resist litigation, then we'll see the future of both of those. The rest of the tradition of litigation, you have to carry on the sufferables, and it's in this type of process, the results that you see, and at least by these standards, on the contrary, you are full of responsibility and business. And what I'm trying to do is clarify, and it's necessary to do so here. If the device that you search, it's not the application of the software that you're searching for legations for, the record is clear, and you may sign the case, and that's all that matters. It's the same on the database as well. And that's what's important. It's not what you need to do. It's what you need to do. And I really don't need to get further into this. I think I'm going to answer any questions you may have. So I'm going to leave you to it. I'm going to share with you what I'm going to do. As I said, I came in session 7.1, which is what you're here to do. And it's easy to forget. It talks about ensuring the right authority to manage, operate, maintain, and operate in an efficient and easy-to-understand manner, and to manage the requirements of everything basically necessary. First of all, you're going to have to register to cover a lot of our costs, and specifically, before you ask for options from investors. And then, also, you're going to have to include decreases in total income costs, as well as benefits, whether the money that was used to build the operation and to build up the property has gone on to the distributions to the investors. And then, also, there's an issue, which I clearly state, that ultimately, all of these things I think can be also summed up under a professional transfer credit. And the record is being corrected. I don't know if you've seen it. And it's been a couple of times that Sherry was the successor of several different sectors. Sherry was not a successor entity. Sherry was an institution that we raised here and it's even one of the next-of-a-kind investors. Sherry was the successor entity to TripleDip, our mainstream boutique, which is a company that is a separate entity. So, thanks a lot to the investors. The investors are saying that Sherry did not apply to express authority to other companies, and they're going to take all these decisions and say, you know, you have to express your decision after you have to make a decision. So, I think the investors are talking about that and saying, okay, so, the next step is that the express authority in addition to being regarded as the object of express authority should have an important presence in the market. This is the ultimate express authority in the sense that the company that is making the decision  an exchange of assets is the company  making an exchange of assets  in the market. So, the investor    a position where the company is making an exchange of assets with other companies in the market. So, these are the people that are in the market that are in the market  are making an exchange with other  in the market.  so that  are doing is making an exchange with the other companies in the market. And this is the company that is   company that is making exchange with the other
judges: Gilman, Thomas, Friedland